# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00559-CV

**Kevin B. King, Appellant**

**v.**

**Sherrie M. King, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. FM302425, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kevin B. King filed a notice of appeal on July 9, 2004. After receiving the clerk's record, we extended King's time for filing a brief to October 21, 2004, on the Court's own motion. King did not file a brief. On November 10, 2004, we sent a notice to King that his brief was overdue and that, unless he submitted a proper motion by November 22, 2004, his appeal would be dismissed for want of prosecution.

King has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution.


Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed:   January 10, 2005